UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/17/2015___

----------------------------------------------------------X

MELISSA JIMENEZ,                          :
                                          :
                          Plaintiff,      :
                                          :        14-CV-5528 (VEC)
          -against-                       :
                                          :        ORDER
CITY OF NEW YORK, DETECTIVE JEREMY         :
VEIT (Shield #02516), and OFFICERS JOHN    :
AND JANE DOE #1 through #15, individually and :
in their official capacities,             :
                                          :
                          Defendants.     :
----------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        By letter dated July 16, 2015, the parties reported to the Court that they have reached a

settlement of this matter.

        Accordingly, IT IS HEREBY ORDERED that:

        1.      The Court's June 19, 2015 order is modified as follows:

                a.      Motions *in limine* shall be filed no later than July 27, 2015.  Responses to

                        motions *in limine* shall be filed no later than August 3, 2015.

                b.      The parties' joint pretrial order shall be filed no later than August 3, 2015.

                c.      The parties' requests to charge and proposed *voir dire* questions shall be filed

                        no later than August 3, 2015.

        2.      If the parties file a settlement agreement or stipulation of discontinuance prior to

July 27, 2015, all further deadlines will be cancelled.

        3.      If the parties wish for the Court to retain jurisdiction over their settlement

agreement, they must submit the settlement agreement to the Court in accordance with Rule 5.A

of the Court's Individual Practices, along with a request that the Court issue an order expressly retaining jurisdiction to enforce their settlement agreement. *See Hendrickson v. United States*, --- F.3d ---, No. 14-1958-cv, 2015 WL 3953275 (2d Cir. June 30, 2015).

**SO ORDERED.**

**Date: July 17, 2015**
      **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**